UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA      )
                                     )
                                     )      No. 3:07-CR-75
V.                                  )      (SHIRLEY)
                                     )
                                     )
SUSAN CAROWAY               )

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

        An initial appearance and arraignment on Petition for Warrant For Offender Under Supervision was held in this case on May 27, 2008. Matt Morris, Assistant United States Attorney, was present representing the government, and Steven Shope was present representing the defendant. Upon motion of the government for detention stating that the defendant was a danger to the community and a risk of flight, and pursuant to Federal Rules Criminal Procedure 32.1(a)(6) and 18 U.S.C. Section3143(a) and defendant's waiver of detention hearing, it is ordered that defendant is detained and she shall remain in custody until her probation revocation hearing scheduled for **Thursday, May 29, 2008,** at **10:30 a.m.**, before the undersigned.

        It is therefore **ORDERED** that:

(1)    Defendant be detained.; and returned for hearing on **Thursday, May 29, 2008 at 10:30 a.m.**

(2)    Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal;

(3)    Defendant be afforded reasonable opportunity for private
consultation with counsel; and

(4)    On order of a court of the United States or on request of an
attorney for the government, the person in charge of the
corrections facility in which the defendant is confined
deliver the defendant to a United States marshal for the
purpose of an appearance in connection with any court
proceeding.

**IT IS SO ORDERED.**

     s/ C. Clifford Shirley, Jr.
United States Magistrate Judge