# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SUSAN CAROWAY<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:    3:07-CR-75-1<br><br>Steven G. Shope<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of condition(s) <u>1 & 2</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| | December 4, 2008 |
| | Date of Imposition of Sentence |
| | |
| | s/ Clifford Shirley, Jr. |
| | Signature of Judicial Officer |
| | |
| | C. CLIFFORD SHIRLEY, JR., United States Magistrate Judge |
| | Name & Title of Judicial Officer |
| | |
| | December 8, 2008 |
| | Date |

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant shall not illegally possess a controlled substance. | November 15, 2008 |
| 2 | The defendant shall be placed on home detention for a period of six months, to commence withing 30 days of this Order. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at her place of residence without any " call forwarding," " Caller ID." " Call waiting, " modems, answering machines, cordless telephones or other special services for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant shall pay for this service. | November 29, 2008 |

DEFENDANT: SUSAN CAROWAY
CASE NUMBER: 3:07-CR-75-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 Months .

[✓] The court makes the following recommendations to the Bureau of Prisons:

The defendant be allowed to serve her sentence at the nearest Federally Approved Facility to Knoxville, Tennesse with drug treatment.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m.　　[] p.m. on ___ .
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL